UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 23 CR 546-2 |
| v. | ) | |
| | ) | Honorable Thomas M. Durkin |
| PRESTON POWELL, | ) | |
| Defendant. | ) | |

**<u>MOTION FOR TEMPORARY RELEASE</u>**

Now Comes the Defendant PRESTON POWELL, by and through his counsel, and pursuant to 18 U.S.C. § 3142 moves the Court to temporarily release the Defendant so that he can attend his grandmother's funeral. In support the following is stated:

1. Mr. Powell is currently detained at the Metropolitan Correctional Center. His grandmother, Pamela Tyler, passed away on December 28, 2024, surrounded by family. Mr. Powell was very close with his grandmother.

2. Her funeral will be on Friday, January 17, 2025 from 2:00 p.m. to 3:00 p.m. at Southwest Funeral and Cremation. A repast will follow from 3:00 p.m. to 5:00 p.m. As Ms. Tyler was cremated, there will not be a burial.

3. Mr. Powell seeks furlough from Jerome Combs from 12:30 p.m. until 4:00 p.m. on January 17 to attend his grandmother's funeral service. Depending on traffic, the funeral home is approximately 45 minutes away from the MCC.

4. Mr. Powell seeks this release to have an opportunity to pay his respects and to grieve with his family. Without a chance to say goodbye, accepting a loss can be very difficult and complicates the grieving process, which can lead to severe distress. Mr. Powell requests a chance to say goodbye.

1

5. In addition to the standard release conditions, Mr. Powell proposes that he be physically released to the custody of his mother, Lori Powell. Ms. Powell would pick up and drop off her son from MCC Chicago. If another third-party custodian is located, counsel will supplement this motion.

6. Concerns about risk of flight or danger to the community are substantially limited by the short period of temporary release, by the solemn nature of this gathering, and by the third-party custodianship of his mother. There are conditions that can be set that reasonably assure his re-surrender and the safety of the community for this limited period of release.

7. The Government opposes this motion.

WHEREFORE, Defendant Preston Powell respectfully requests this temporary release for any length of time and under any combination of conditions considered appropriate by this Court.

Dated: January 13, 2025

Respectfully submitted,

/s/ Molly Armour
MOLLY ARMOUR

Michael Podgurski
Law Office of Molly Armour
53 W. Jackson Boulevard, Suite 1424
Chicago, Illinois 60604
(773) 746-4849
armourdefender@gmail.com

Holly Blaine
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
(312) 788-7584
hnb@blainevanzant.com

*Attorneys for Preston Powell*