# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                 Case No.: 1:23–cr–00546
                                                 Honorable Thomas M. Durkin

Anthony Montgomery–Wilson, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Preston Powell (2): Motion hearing held on 1/16/2025. Defendant and proposed third–party custodian appeared by phone. The Court heard brief oral arguments as to defendant's motion for temporary release from custody to attend grandmother's memorial service and repast [88]. After hearing the arguments and for the reasons stated on the record, the Court respectively denies defendant's motion. The Court, with expressed condolences, encouraged the defendant's mother to work through the Warden's office and her son's lawyer to arrange for additional time in the facility to assist with the grieving process for her and her son. Status hearing set to 2/10/2025 at 9:30 AM before Judge Durkin is to stand. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.