UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MONTGOMERY-WILSON,<br>    also known as "A.J." and "Mike City A.J.," and<br>PRESTON POWELL,<br>    also known as "Marley" | No. 23 CR 546-2<br><br>Honorable Thomas M. Durkin |

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF DECISION NOT TO SEEK CAPITAL PUNISHMENT

The United States of America, through its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, pursuant to Title 18, United States Code, Section 3593, hereby provides notice to defendant PRESTON POWELL that, after review of its previous capital case decisions between January 20, 2021, and January 19, 2025, the government maintains its prior decision that if the defendant is convicted at trial, the government will not seek a sentence of death.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   /s/ *Jared Jodrey*
      JARED JODREY
      JASON JULIEN
      BRIAN WILLIAMSON
      Assistant United States Attorneys
      United States Attorney's Office
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      312-353-5300