# Video Exhibit