

**Illinois State Police**
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * (800) 255-3323 (TDD)

## LABORATORY REPORT
## DNA-CODIS HIT

| | |
|---|---|
| MOLONEY, JAMES | DFS Case #: DFS22-005439 |
| CHICAGO PD UNIT 620 | Report #: 4 |
| DETECTIVE DIVISION, AREA 2 | Report Date: 01/05/2023 |
| 727 EAST 111TH STREET | |
| CHICAGO IL 60628 | |

Agency Case #: JF125903
Offense(s): First Degree Murder
Offense Category(s): Homicide
Victim(s): ▮▮▮▮▮▮▮/ STEPHON MACK/ ▮▮▮▮▮▮▮
Suspect(s): 1 UNKNOWN/ 2 UNKNOWN/ Anthony Montgomery-Wilson/ Preston Powell

**Hit # 42873**

DFS Item # 11B
Agency Item # 15041148-11701691
Description Sample from 1 - BOX CONTAINING 2 SWABS OF SUSPECT BIOLOGICAL MATERIAL RECOVERED FROM CELL PHONE IN A BLACK CASE IN AUTO W/IL PL#AU37219

Your agency is being notified of a CODIS association with the following case(s) and/or individual(s)

DFS Case #: DFS21-041519
DFS Item #: 1
Description: DNA Swab from suspect Anthony S. Montgomery-Wilson Jr.
Agency: Frankfort Police Department
Agency Case #: 21-1701
Agency Contact: Cindy Reilly
Offense: Possession of Stolen Property
Victim: ▮▮▮▮▮▮▮
Suspect: Anthony Montgomery-Wilson Jr

Page 1 of 2

DFS22-005439 Report # 4

**Remarks:**

The laboratory will calculate statistics for the above association upon agency request.

Any analysis conducted is accredited under the *ISO/IEC 17025:2017 - Testing Laboratory* accreditation issued by ANSI National Accreditation Board (ANAB). Refer to certificate #FT-0240 and associated Scope of Accreditation. This report contains the conclusions, opinions and/or interpretations of the analyst(s) whose signature(s) appears on the report as authorization of the results. All testing was performed at the location listed in the header of this document, unless otherwise indicated in the Notes Packet. The "Notes Packet" appendix of this report, available in Prelog, contains detailed information on the method(s) used, date(s) of testing, location(s) of testing and environmental conditions associated with this analysis, if applicable. All evidence submitted to the laboratory will be returned upon completion of all service requests, unless otherwise indicated in the body of the report. For information regarding the extent and frequency of searches of individual characteristic databases (e.g. CODIS, ABIS, NIBIN), please see the "Documents" section of Prelog or contact a Prelog Administrator at your agency for access to the document.

I have personally completed this report. Under penalties of perjury, I certify I have examined all of the information provided for this document related to the analysis conducted for this report and, to the best of my knowledge, it is true, correct, and complete.

Respectfully submitted,

*Kelly J. Krajnik*

Kelly J. Krajnik
Forensic Scientist