

## Illinois State Police
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * (800) 255-3323 (TDD)

## LABORATORY REPORT
### Latent Prints

| | |
|---|---|
| MOLONEY, JAMES | DFS Case #: DFS22-005439 |
| CHICAGO PD UNIT 620 | Report #: 1 |
| DETECTIVE DIVISION, AREA 2 | Report Date: 03/10/2022 |
| 727 EAST 111TH STREET | |
| CHICAGO IL 60628 | |

Agency Case #: JF125903
Offense(s): First Degree Murder
Offense Category(s): Homicide
Victim(s): ███████████ STEPHON MACK/ ███████
Suspect(s): Anthony Montgomery-Wilson/ Preston Powell

**Item(s) Submitted:**

| LAB ITEM# | AGENCY ITEM# | DESCRIPTION |
|---|---|---|
| 3 | 15041834-11702847 | One (1) latent print lift |
| 6 | 15041790-11702785 | One (1) plastic bottle |
| 7 | 15041792-11702790 | One (1) phone charger |
| 8 | 15041792-11702791 | One (1) phone charger |
| 9 | 15041797-11702797 | One (1) plastic cup |
| 10 | 15041818-11702820 | One (1) airport windshield sticker (partial examination only) |
| 13 | 15041796-11702796 | Reported to be one (1) key fob (item not in custody-no examination conducted) |

**Standard(s):**

| NAME | OBTAINED FROM | NUMBER/ITEM# | TYPE | OBTAINED FOR |
|---|---|---|---|---|
| Anthony S. Montgomery-Wilson | SID - IL | 23369411 | Fingerprint | Comparison |
| Preston D. Powell | SID - IL | 30794351 | Fingerprint | Comparison |
| ▮ | SID - IL | 28915141 | Fingerprint | ABIS Identification |

**Results:**

| Lab Item(s) | Results |
|---|---|
| 6, 7, 8 | No suitable latent prints |

**Lab Item# 3 (Agency Item# 11702847)**

| LATENT # | LOCATION OF LATENT | DATABASE SUITABLE | DATABASE SEARCHED | STANDARD | CONCLUSION | ADDITIONAL STANDARDS NEEDED |
|---|---|---|---|---|---|---|
| 3-1-1 | Rear view mirror | Yes | ABIS | ▮. | Identification | |
| | | | | Anthony S. Montgomery-Wilson | Not compared | |
| | | | | Preston D. Powell | Not compared | |

**Lab Item# 9 (Agency Item# 11702797)**

| LATENT # | LOCATION OF LATENT | DATABASE SUITABLE | DATABASE SEARCHED | STANDARD | CONCLUSION | ADDITIONAL STANDARDS NEEDED |
|---|---|---|---|---|---|---|
| 9-1-1 | Side of cup | Not Evaluated | | Preston D. Powell | Identification | |
| | | | | ▮ | Not compared | |
| | | | | Anthony S. Montgomery-Wilson | No identification | |
| 9-1-2 | Side of cup | Not Evaluated | | Preston D. Powell | Identification | |
| | | | | ▮. | Not compared | |

| Lab Item# 9 (Agency Item# 11702797) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Anthony S. Montgomery-Wilson | No identification | |

**Remarks:**

If the subject is taken into custody, please submit a current set of the subject's inked fingerprints to the laboratory for comparison.

Further examination has been deferred. Item 10 and Item 13 should be resubmitted in the event additional examination will significantly aid in this investigation.

Proper handling procedures should be exercised to protect Item 10 and Item 13 in the event that additional examination becomes necessary.

Any analysis conducted is accredited under the *ISO/IEC 17025:2017 - Testing Laboratory* accreditation issued by ANSI National Accreditation Board (ANAB). Refer to certificate #FT-0240 and associated Scope of Accreditation. This report contains the conclusions, opinions and/or interpretations of the analyst(s) whose signature(s) appears on the report as authorization of the results. All testing was performed at the location listed in the header of this document, unless otherwise indicated in the Notes Packet. The "Notes Packet" appendix of this report, available in Prelog, contains detailed information on the method(s) used, date(s) of testing, location(s) of testing and environmental conditions associated with this analysis, if applicable. All evidence submitted to the laboratory will be returned upon completion of all service requests, unless otherwise indicated in the body of the report. For information regarding the extent and frequency of searches of individual characteristic databases (e.g. CODIS, ABIS, NIBIN), please see the "Documents" section of Prelog or contact a Prelog Administrator at your agency for access to the document.

I have personally completed this report. Under penalties of perjury, I certify I have examined all of the information provided for this document related to the analysis conducted for this report and, to the best of my knowledge, it is true, correct, and complete.

Respectfully submitted,

*[signature]*

DFS22-005439　　　　　　　　　　　　　　　　　　　　　　　　　　　　Report # 1

Alexander Puente

Forensic Scientist