


www.cellebrite.com

## Extraction Report - Apple iOS Full File system

### Contacts (5)

| # | Contact | Timestamp | Entries | Addresses | Notes | Additional Info | Deleted |
|---|---------|-----------|---------|-----------|-------|-----------------|---------|
| 1 | **Name:** Marley **Source:** Recents **Source file:** 00008101-000329E21491003A _files.zip/private/var/ mobile/Library/Rece nts/Recents : 0x1E8B4 (Table: contacts; Size: 155648 bytes) | | **Phone:** +17735036584 | | | | |
| 2 | **Name:** Marley **Source file:** 00008101-000329E21491003A _files.zip/private/var/ mobile/Library/Addre ssBook/AddressBoo k.sqlitedb : 0x126900 (Table: ABPerson, ABMultiValue; Size: 1933312 bytes) | **Created:** 2/2/2022 11:01:49 PM(UTC+0) **Modified:** 2/3/2022 1:03:32 AM(UTC+0) | **User ID:** User ID 12F1696E-2904-495B-8ADB-DE28715206BC **Phone:** General +17735036584 | | InteractionC: incoming interaction count: 10 InteractionC: outgoing interaction count: 17 | | |
| 3 | **Name:** Marley **Interaction Statuses:** App Contact **Source:** Telegram **Account:** A Jizzle **Source file:** 00008101-000329E21491003A _files.zip/private/var/ mobile/Containers/S hared/AppGroup/AA E220EA-DB57-4CC3-9303-C83040E5F35E/tele gram-data/account-1386371866678014 7356/postbox/db/db_ sqlite : 0x16BADA (Size: 1880064 bytes) | | **User ID:** User ID 5228992806 **Phone:** Phone 17735036584 | | | | |
| 4 | **Name:** Marley2 **Source:** Recents **Source file:** 00008101-000329E21491003A _files.zip/private/var/ mobile/Library/Rece nts/Recents : 0x1E778 (Table: contacts; Size: 155648 bytes) | | **Phone:** +13129611790 | | | | |
| 5 | **Name:** Marley2 **Source file:** 00008101-000329E21491003A _files.zip/private/var/ mobile/Library/Addre ssBook/AddressBoo k.sqlitedb : 0x1CFB0A (Table: ABPerson; Size: 1933312 bytes) 00008101-000329E21491003A _files.zip/private/var/ mobile/Library/Addre ssBook/AddressBoo k.sqlitedb-wal : 0x7F1EF (Table: ABMultiValue; Size: 2739832 bytes) | **Created:** 2/7/2022 11:21:03 PM(UTC+0) **Modified:** 2/7/2022 11:21:06 PM(UTC+0) | **User ID:** User ID B16DE898-C8D3-4EB5-990E-3BBB10F17700:ABPerso n **Phone:** General +13129611790 | | InteractionC: incoming interaction count: 51 InteractionC: outgoing interaction count: 31 | | |



**Extraction Report** - Apple iOS Full File system



## Participants



jizzle086@icloud.com
 _$!<Other>!$_* (owner)



+13129611790
 Marley2*



+17735808272

## Conversation - Instant Messages (34)

From: +13129611790 Marley2
To: +17735808272 (owner)

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/4/2022 10:02:21 PM(UTC +0) | |

**Status: Read**

2/4/2022 9:56:08 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x97DEF (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

Who this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/4/2022 10:02:25 PM(UTC+0) | | |

**Status: Sent**

2/4/2022 10:02:24 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x97C15 (Table: message, handle; Size: 3003512 bytes)

1

From: +13129611790 Marley2
To: +17735808272 (owner)

Twin

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +17735808272 | | 2/6/2022 1:01:37 AM(UTC +0) | |

**Status:** Read

2/6/2022 12:52:41 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xA9F7B (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Yo

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +17735808272 | | 2/6/2022 1:01:37 AM(UTC +0) | |

**Status:** Read

2/6/2022 12:52:57 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xA9D93 (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

Yeah

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +13129611790 Marley2 | 2/6/2022 1:01:40 AM(UTC+0) | | |

**Status:** Sent

2/6/2022 1:01:39 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xA9BB9 (Table: message, handle; Size: 3003512 bytes)

2

From: +13129611790 Marley2
To: +17735808272 (owner)

**We might have to get on dude ass**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/6/2022 1:03:17 AM(UTC +0) | |

**Status:** Read

2/6/2022 1:03:03 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xA97BE (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

**Who**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/6/2022 1:03:25 AM(UTC+0) | | |

**Status:** Sent

2/6/2022 1:03:24 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xA95A8 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

**From the 100s by my crib**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/6/2022 1:04:30 AM(UTC +0) | |

**Status:** Read

2/6/2022 1:04:24 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xAAF93 (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

What's his number

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/6/2022 1:04:38 AM(UTC+0) | | |

Status: Sent

2/6/2022 1:04:38 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xAAD8D (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Ion got it I called him my self on fb

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/6/2022 1:08:07 AM(UTC +0) | |

Status: Read

2/6/2022 1:05:01 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xAAB5A (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

What's his fb name so I can see how he like

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/6/2022 1:08:36 AM(UTC+0) | | |

Status: Sent

2/6/2022 1:08:33 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0xAA93A
(Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

**Attachments:**



Title: IMG_0005.jpeg
Size: 330013
File name: ~/Library/SMS/Attachments/57/07/5961A734-D490-471B-BF7C-6B19022DA177/IMG_0005.jpeg
Path: https://p68-content.icloud.com/M7503EFFF3D4C5AE283EE20FD7CABF5E3DE083EA3DCBCFE8910F0E6D51753056E.C01USN00
~/Library/SMS/Attachments/57/07/5961A734-D490-471B-BF7C-6B19022DA177/IMG_0005.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/6/2022 1:09:10 AM(UTC +0) | |

**Status:** Read

2/6/2022 1:09:01 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xAA6D3 (Table: message, handle, attachment; Size: 3003512 bytes)
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/Attachments/57/07/5961A734-D490-471B-BF7C-6B19022DA177/IMG_0005.jpeg : (Size: 330013 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

**Attachments:**



Title: IMG_0007.jpeg
Size: 363918
File name: ~/Library/SMS/Attachments/1a/10/C6FC2AF7-8CC8-42CA-86E2-AD667F5FF7BC/IMG_0007.jpeg
Path: https://p32-content.icloud.com/M7503EFFF3D4C5AE283EE20FD7CABF5E3DE083EA3DCBCFE8910F0E6D51753056E.C01USN00
~/Library/SMS/Attachments/1a/10/C6FC2AF7-8CC8-42CA-86E2-AD667F5FF7BC/IMG_0007.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/6/2022 5:02:36 PM(UTC +0) | |

**Status:** Read

2/6/2022 5:02:29 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xBA0FB (Table: message, handle, attachment; Size: 3003512 bytes)
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/Attachments/1a/10/C6FC2AF7-8CC8-42CA-86E2-AD667F5FF7BC/IMG_0007.jpeg : (Size: 363918 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

**Attachments:**



Title: IMG_0006.jpeg
Size: 304392
File name: ~/Library/SMS/Attachments/ee/14/C2B7EE28-6277-46DC-9BF5-
230B22C48A66/IMG_0006.jpeg
Path: https://p72-
content.icloud.com/M7503EFFF3D4C5AE283EE20FD7CABF5E3DE083EA3DCBCFE
8910F0E6D517S3056E.C01USN00
~/Library/SMS/Attachments/ee/14/C2B7EE28-6277-46DC-9BF5-
230B22C48A66/IMG_0006.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/6/2022 5:02:36 PM(UTC +0) | |

**Status:** Read

2/6/2022 5:02:32 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0xB9E8F (Table: message, handle, attachment; Size: 3003512 bytes)
00008101-
000329E21491003A_files.zip/private/var/mobile/Library/SMS/Attachments/ee/14/C2B7EE28-
6277-46DC-9BF5-230B22C48A66/IMG_0006.jpeg :  (Size: 304392 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

Stop playing with bitch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/10/2022 8:45:48 PM(UTC +0) | |

**Status:** Read

2/9/2022 5:09:52 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x103F6C (Table: message, handle; Size: 3003512 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

Wassup with otf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/10/2022 8:45:48 PM(UTC +0) | |

**Status:** Read

2/10/2022 8:43:46 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x12F659 (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

**Nothing**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/10/2022 8:45:58 PM(UTC+0) | | |

**Status: Sent**

2/10/2022 8:45:57 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x12F465 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

**Wym they not paying**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/10/2022 8:46:30 PM(UTC+0) | |

**Status: Read**

2/10/2022 8:46:25 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x12F248 (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

**We waiting he comes up here on the 17**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/10/2022 8:50:13 PM(UTC+0) | | |

**Status: Sent**

2/10/2022 8:46:58 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x12F04C (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Ight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/17/202 2 1:42:10 AM(UTC +0) | |

**Status:** Read

2/10/2022 8:50:27 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x12EDF3 (Table: message, handle; Size: 3003512 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

Damn twin wat u I'm trying to get high

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/17/202 2 1:42:10 AM(UTC +0) | |

**Status:** Read

2/17/2022 1:31:29 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1CC227 (Table: message, handle; Size: 3003512 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

Ion got no gun to walk to the store to get no wood

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/17/2022 1:42:10 AM(UTC+ 0) | |

**Status:** Read

2/17/2022 1:34:38 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1CBFF7 (Table:
message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

On my way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/17/2022 1:42:20 AM(UTC+0) | | |

Status: Sent

2/17/2022 1:42:19 AM(UTC+0)

Source Info:
00008101-000329E21003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1CD6B4 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Ight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/17/2022 2:12:04 AM(UTC+0) | |

Status: Read

2/17/2022 1:42:29 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1CD495 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Damn wat u on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/17/2022 2:12:04 AM(UTC+0) | |

Status: Read

2/17/2022 2:09:50 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x1CEAC3 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Wya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 3:00:34 AM(UTC +0) | |

**Status:** Read

2/17/2022 2:37:42 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1CE8C9 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Stand on that why u with Indiv A nem

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 3:00:34 AM(UTC +0) | |

**Status:** Read

2/18/2022 1:21:20 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1E7ABE (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Did Indiv A gave u that money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 3:00:34 AM(UTC +0) | |

**Status:** Read

2/18/2022 3:48:04 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1ECD93 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 3:00:34 AM(UTC +0) | |

**Status:** Read

2/18/2022 8:27:37 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1F5807 (Table: message, handle; Size: 3003512 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

Damn wat u on with me twin

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 3:00:34 AM(UTC +0) | |

**Status:** Read

2/18/2022 8:29:00 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1F5623 (Table: message, handle; Size: 3003512 bytes)

---

From: +13129611790 Marley2
To: +17735808272 (owner)

Yo bitch ass see me calling u

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 3:00:34 AM(UTC +0) | |

**Status:** Read

2/18/2022 9:47:28 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1FBCCC (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

U good man

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/19/202 2 8:43:22 PM(UTC +0) | |

Status: Read

2/19/2022 3:54:40 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x206943 (Table: message, handle; Size: 3003512 bytes)

From: +17735808272 (owner)
To: +13129611790 Marley2

Lawyer call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13129611790 Marley2 | 2/19/2022 8:43:30 PM(UTC+0) | | |

Status: Sent

2/19/2022 8:43:30 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x212D10 (Table: message, handle; Size: 3003512 bytes)

From: +13129611790 Marley2
To: +17735808272 (owner)

Call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

Status: Unread

2/19/2022 8:43:51 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x2128ED (Table: message, handle; Size: 3003512 bytes)