


**Extraction Report** - Apple iOS Full File system

## Chats (1)

### Native Messages (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 2/12/2022 2:23:09 AM(UTC+0)<br>**Last Activity:** 2/20/2022 12:49:11 AM(UTC+0)<br>**Number of attachments:** 8<br>**Source:** Native Messages<br>**Source file:** 00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4048C14 (Size: 89169920 bytes)<br>**Service Identifier:** com.apple.MobileSMS<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>　　　　+_____8942<br><br>　　　　+17735808272<br><br>**Identifier:** +17086908942 | |



From: _____8942
To: +17735808272 (owner)

**Wya hoe**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/12/2022 2:23:09 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4048C14 (Size: 89169920 bytes)



From: _____8942
To: +17_____72 (owner)

**This dekya i got a new number**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/12/2022 2:23:14 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x404AC14 (Size: 89169920 bytes)



From: +17735808272 MikeCity Aj (owner)
To: ▇▇▇▇8942▇▇

**Hold on**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇8942▇▇ | | | |

2/16/2022 11:15:43 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x279DC32 (Size: 89169920 bytes)



From: ▇▇▇▇8942▇▇
To: +17735808272 (owner)

**Attachments:**

Size: 0
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 12:46:44 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x18F6C14 (Size: 89169920 bytes)



From: ▇▇▇▇8942▇▇
To: +17735808272 (owner)

**Don't forget Aj**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 1:37:45 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x174FC14 (Size: 89169920 bytes)



From: ▇▇▇▇8942▇▇
To: +17735808272 (owner)

**They open at 11 tho**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 1:37:50 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x1773C14 (Size: 89169920 bytes)

14



From: +17735808272 MikeCity Aj (owner)
To: ████8942████
I'm finna call you back

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████8942████ | | | |

2/17/2022 7:05:23 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x1EA3C32 (Size: 89169920 bytes)



From: ████8942████
To: +17███████72 (ow██r)
Kk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 7:11:13 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x2305C14 (Size: 89169920 bytes)

From: ████8942████
To: +17735808272 (owner)

https://maps.apple.com/?address=433%20S%20Dearborn%20St,%20Chicago,%20IL%20%202060605,%20United%20States&auid=6947242495655592899&ll=41.876066,-87.628964&lsp=9902&q=Loxx%20Hair%20Chicago&_ext=CjIKBQgEEOIBCgQIBRADCgQI BhBnCgQIChAACgQIUhABCgQIVRAPCgQIWRACCgUIpAEQARImKY+F6AGO70RAMWks 3eaj6FXAOQ1bDl608ERAQXMifjze51XAUAQ%3D&_mvs=CjYJyqgvISTwREARfkX0EUXoV cAZAACWimuSYkAh5FWbIrp5YUAp1mDkCpOP1D8xAAAAAAAAAAASJgoRNDUwIFMgR GVhcmJvcm4gU3QgCFRoZSBMb29wGgdDaGljYWdv

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 7:35:28 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x2385C14 (Size: 89169920 bytes)



From: ████8942████
To: +17███████72 (ow██r)
Call regular ! I'm on a important call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 8:07:14 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x245EC14 (Size: 89169920 bytes)



From: ███████8942███
To: +17735808272 (owner)

Tryna get my Walmart job back

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 8:07:28 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x23F2C14 (Size: 89169920 bytes)



From: ███████8942███
To: +17███████72 (owner)

She on 91st & King Drive if y'all going that way rn .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/17/2022 8:30:54 PM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x204DC14 (Size: 89169920 bytes)



From: +17735808272_MikeCity Aj (owner)
To: ███████8942███

Wyd

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████8942███ | | | |

2/18/2022 1:11:37 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x12A8C32 (Size: 89169920 bytes)

From: ███████8942███
To: +17███████72 (owner)

Ina car wyd

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/18/2022 1:11:45 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x16BDC14 (Size: 89169920 bytes)

**From:** +17735808272 MikeCity Aj (owner)
**To:** [redacted]8942[redacted]

At this interview shit

2/18/2022 1:12:02 AM(UTC+0)



**From:** [redacted]8942[redacted]
**To:** +17735808272 (owner)

Shatttttt ♥♥♥♥

2/18/2022 1:14:48 AM(UTC+0)



**From:** [redacted]8942[redacted]
**To:** +17735808272 (owner)

You got itttt

2/18/2022 1:14:51 AM(UTC+0)

**From:** +17735808272 MikeCity Aj (owner)
**To:** [redacted]8942[redacted]

Not that type interview it's the lil shit the rapper be doing

2/18/2022 1:15:38 AM(UTC+0)



17

**From:** +████8942████
**To:** +17735808272 (owner)

lmaoooooooooooo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/18/2022 1:16:15 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x1861C14 (Size: 89169920 bytes)

---

**From:** +████8942████
**To:** +17735808272 (owner)

Come on ma

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/18/2022 1:16:18 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x19CDC14 (Size: 89169920 bytes)

---

**From:** +████8942████
**To:** +17735808272 (owner)

They interviewing [Indiv A]?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | | |

2/18/2022 1:16:33 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x19E3C14 (Size: 89169920 bytes)

---

**From:** +17735808272 MikeCity Aj (owner)
**To:** +████8942████

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████8942████ | | | |

2/18/2022 1:16:37 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x1A3FC32 (Size: 89169920 bytes)




**Extraction Report** - Apple iOS Full File system

## Chats (1)

### Native Messages (1)

**+17735808272** (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +1■■■■1838<br>**Start Time:** 2/3/2022 12:43:21 AM(UTC+0)<br>**Last Activity:** 2/19/2022 4:53:39 PM(UTC+0)<br>**Number of attachments:** 0<br>**Source:** Native Messages<br>**Account:** +17735808272<br>**Source file:** 00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A0634 (Table: chat, message, handle; Size: 3003512 bytes)<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>    +17735808272<br><br>    +1■■■■1838 | |



**From:** +17735808272 (owner)
**To:** +1■■■■1838

Too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ■■■■1838 | 2/3/2022 12:43:22 AM(UTC+0) | | |

**Status:** Sent

2/3/2022 12:43:21 AM(UTC+0)

**Source Info:**
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x73A99 (Table: message, handle; Size: 3003512 bytes)







4

7

**From:** +1XXXX1838
**To:** +17735808272 (owner)

**Wyd**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/18/2022 2:01:29 AM(UTC+0) | |

**Status:** Read

2/18/2022 1:53:49 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1E8D33 (Table: message, handle; Size: 3003512 bytes)

---

**From:** +17735808272 (owner)
**To:** +XXXX1838

**At this lil interview shit**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| XXXX1838 | 2/18/2022 2:01:38 AM(UTC+0) | | |

**Status:** Sent

2/18/2022 2:01:38 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1E8928 (Table: message, handle; Size: 3003512 bytes)

---

**From:** +XXXX1838
**To:** +17735808272 (owner)

**For a job**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17735808272 | | 2/18/2022 2:55:47 AM(UTC+0) | |

**Status:** Read

2/18/2022 2:54:24 AM(UTC+0)

Source Info:
00008101-000329E21491003A_files.zip/private/var/mobile/Library/SMS/sms.db-wal :
0x1E9D4B (Table: message, handle; Size: 3003512 bytes)

9





