Video Exhibit

Filed Under Seal