# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

JF121320

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id: 12599481
Sup id: 14568767   CASR339

**PROGRESS-VIOLENT(SCENE)** | **DETECTIVE SUP. APPROVAL COMPLETE**

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| BATTERY / Aggravated - Handgun | 041A | BATTERY / Aggravated - Handgun | 041A |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 6202 S PRINCETON AVE | 711 | 1 | | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| School - Public Grounds | 300 | Parking Lot | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 22-JAN-2022 23:15 | 0711 | 22-JAN-2022 23:17 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| RODARTE, Bernardo | 21457 | TEAHAN, Terence | 2172 | RODARTE, Bernardo | 21457 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 29-JAN-2022 00:31 | 29-JAN-2022 22:32 | FIELD |

## THIS IS A FIELD INVESTIGATION PROGRESS-VIOLENT(SCENE) REPORT

**VICTIM(S):**



**SUSPECT(S)**   **UNKNOWN, Unknown**
Unknown / Unknown / Refused
**DESCRIPTION:** Unknown Hair, Unknown Hair Style, Unknown Eyes, Unknown Complexion Facial Hair Unknown

**RELATIONSHIP OF VICTIM TO OFFENDER:**

**VICTIM INJURIES**

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Gun Shot | Handgun | Other - Handgun |

**CAUSE:** Weapon ? Firearm

Printed on: 28-FEB-2023 13:19   Page: 1 of 8   Printed By: KILLEEN, Edward ( PC0U769 )

| | |
|---|---|
| **REASON:** | Other |
| **EXTENT:** | Serious |
| | Injured by Offender |
| | Chicago Fire Department Provided First Aid |
| **CFD RESPONDING UNIT:** | Ambulance #36 |
| **HOSPITAL:** | University Of Chicago Hospital |
| **INJURY TREATMENT:** | Gun Shot Wound To Left Leg And Right Arm |
| **PHYSICIAN NAME:** | Dr. ▮ |

**TRANSPORTED TO:** ▮▮▮▮ (Victim)

Transported To University Of Chicago Hospital
Transport Was Authorized By Ambulance #36
First aid was given by CPD

**LOCATION OF INCIDENT:**
6202 S Princeton Ave
Chicago IL
300 - School - Public Grounds
Parking Lot

**DATE & TIME OF INCIDENT:** 22-JAN-2022 23:15

**MOTIVE CODE(S):** Undetermined

**CAUSE CODE(S):** Dna

**METHOD CODE(S):** Person(S) Shot

**CAU CODE(S):** Dna

**PERSONNEL ASSIGNED:**

**Assisting Officer**

| | | |
|---|---|---|
| CALDERON, Sergio | # 8357 | BEAT: 0713 |
| VASKO, Daria | # 19447 | BEAT: 0714 |
| RAZO, Ivan | # 11703 | BEAT: 0714 |
| QUINTAVALLE, David J | # 10828 | BEAT: 0712 |
| MANGAN, John M | # 7935 | BEAT: 0712 |
| MARTIN, Jasmine A | # 4785 | BEAT: 0713 |

**Detective / Investigator**

| | |
|---|---|
| RODARTE, Bernardo I | # 21457 |

**Reporting Officer**

| | | |
|---|---|---|
| DELGADO, Jose B | # 15169 | BEAT: 0711 |

**Supervisor - On Scene**

| | | |
|---|---|---|
| LOPEZ JR, Adolfo | # 1683 | BEAT: 0710 |

**CRIME CODE SUMMARY:** 041A - Battery - Aggravated - Handgun

**IUCR ASSOCIATIONS:**

041A - Battery - Aggravated - Handgun

▮▮▮ (Victim)
UNKNOWN, Unknown (Suspect)
▮▮▮ (Victim)

DETECTIVE SUP. APPROVAL COMPLETE

UNKNOWN, Unknown (Suspect)

| | | |
|---|---|---|
| **INCIDENT NOTIFICATION:** | NOTIFICATION DATE & TIME: | 01/23/2022:000100 |
| | REQUEST TYPE: | Notification |
| | PERSON NAME: | Thomas, Mc Guire |
| | STAR #: | 1337 |
| | EMP #: | 12728 |
| **INCIDENT NOTIFICATION:** | NOTIFICATION DATE & TIME: | 01/23/2022:010000 |
| | REQUEST TYPE: | On Scene |
| | PERSON NAME: | Kenneth, Leflore |
| | STAR #: | 17774 |
| | EMP #: | 10857 |
| **INCIDENT NOTIFICATION:** | NOTIFICATION DATE & TIME: | 01/23/2022:001300 |
| | REQUEST TYPE: | Notification |
| | PERSON NAME: | Alex, Aguas |
| | STAR #: | 8039 |
| | EMP #: | 112612 |

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

THIS IS AN AREA ONE PROGRESS-VIOLENT (SCENE) REPORT

This report should be read in conjunction with all other case reports related to this RD number.

Type of Incident:
Aggravated Battery-Handgun
UCR: 041A

RD Number:
JF121320

Location:
Urban Prep Academy for Young Men (East Side Parking Lot)
6202 S. Princeton Ave
Chicago, IL 60621
007nd District
303- Sidewalk (School sidewalk going into parking lot)

Day, Date, & Time:
Thursday, 22 Jan 2022 at 2310hrs

Gang Conflict:
N/A

Weather & Lighting:

Light snow flurries
21 Degrees
Dark with artificial street lighting

Date & Time Assigned:
23 Jan 2022 at 0010hrs

Victim:



Arrest History Victim:

Gang Affiliation Victim:

On scene at Hospital
Injuries Victim:
1-GSW to the lower left leg (Fractured Left Tibia)
1-Graze wound to the right shoulder

Transported to:
University of Chicago

Treated By:
Dr. 

Condition:
Good Stable condition

Weapon:
Firearm

Manner/Motive:
Victim was leaving a basketball tournament at the Urban Prep Academy, when 2 unknown people

shot at him and he was struck in the lower left leg and was grazed on the right shoulder.

Motive: Unknown

EVIDENCE:

Inventory #15038742 (18) EXPENDED SHELL CSM #1-18 UNKNOWN FIRED CARTRIDGE CASING

Inventory #15038742 (9) EXPENDED SHELL CSM #19-27 HEAD STAMP WIN 9MM LUGER

Inventory #15038742 (2) EXPENDED SHELL CSM #29, 33 HEAD STAMP WIN 9MM LUGER

Inventory #15038742 (3) EXPENDED SHELL CSM #30-32 HEAD STAMP GFL 9MM LUGER

Inventory #15038742 (4) EXPENDED SHELL CSM #34-37 HEAD STAMP GFL 9MM LUGER

Inventory #15038742 (1) EXPENDED SHELL CSM #38 HEAD STAMP AMMO INC 9MM LUGER

Inventory #15038780 (2) FIRED BULLET CSM 39-40 BULLET FRAGMENT

Inventory #15038781 (1) BULLET/AMMO CSM #28 LIVE ROUND

Shot Spotter Alert:
Incident: 312-678270
CAD ID: 2202218307


PODS:
N/A

Notifications:
Notifications made by Beat 0711

PCAD Information:


Personnel Assigned:
Beat 0711
P.O. REY #9995
P.O. DELGADO #15169
Paper Car

Beat 0712
P.O. QUINTAVALLE #10828
P.O. MANGAV #7935
Crime Scene Protection

Beat 0714

P.O. YASKO #19447
P.O. RAZO #11703
Hospital Detail

Beat 5823
E.T. LEFLORE #1774
E.T. BANKUS #6769

Beat 5126
Det. RODARTE #21457
Lead Detective

Beat 5123
Det. MULLIGAN #20084
Assisting Detective

Statements:

███████████████████████:

██████ related to R/Ds that he we to watch a basketball tournament at the Urban Prep Academy and as he was leaving out, he observed a black Chrysler 300 in the parking lot and 2 unknown people came out of the vehicle and began shooting in his direction. ██████ ran back into the school and then into the locker room. ██████ felt pain in his left leg and realized that he had been shot. ██████ could not give a more detailed description of the shooters because it was dark. ██████ also related that when he was exiting the school there were possibly 3-4 other individuals also exiting at the same time.

Canvas:
School had a camera facing the parking lot on the southeast corner of the building. Also, there was an interior camera in the hallway leading to the exit where the victim was shot.

Investigation:
This report is to be read in conjunction with all other reports generated under Record Division number JF121320. This report is a summarization of all reported information. All interviews are in summary format and are not to be considered verbatim unless otherwise stated.

R/D received this assignment per the 1st watch HGS coordinator Sgt. MCGUIRE #1337 of this command on 23 Jan 2022 at 0010hrs.

The facts according to the General Offense Case Report are EVENT #18307, IN SUMMARY, R/O'S WERE DISPATCHED TO A SHOT SPOTTER CALL AT 6201 S STEWART (URBAN PREP ACADEMY H.S.). UPON ARRIVAL, R/O'S RELOCATED TO ADDRESS 6202 S PRINCETON THE HIGH SCHOOL PARKING LOT. R/O'S ENTER THE HIGH SCHOOL WERE A ADULT BASKETBALL TOURNAMENT HAD OCCURRED, R/O'S OBSERVED [V] ██████ ██████ LAYING ON THE FLOOR BY THE ENTRANCE OF THE MEN'S LOCKER ROOM BLEEDING FROM HIS LEG. BT 714 OFFICER VASKO #19447 ASSISTED THE VICTIM BY APPLYING A

TOURNIQUET TO THE LEFT LEG. R/O'S SPOKE TO [V] ▮▮▮▮▮ ▮▮▮▮▮ WHO RELATED THAT HE WAS STEPPING OUTSIDE TO THE PARKING LOT AND AS SOON AS HE OPEN THE DOOR HE HEARD THE SHOTS AND IMMEDIATELY WENT BACK INSIDE THE HIGH SCHOOL. THE VICTIM SUFFERED TWO GUN SHOT WOUNDS TO THE RIGHT ARM AND ONE TO THE LEFT CALF. THE VICTIM RELATED THAT HE DID NOT SEE WHO THE OFFENDER WAS. AMBULANCE #36 TRANSPORTED THE VICTIM TO UNIVERSITY OF CHICAGO WHERE HE WAS BEING TREATED FOR HIS GUN SHOT WOUNDS BY DR. JASZCZAK. CFD ENGINE 51 ON SCENE. BT. 710 SGT. ON SCENE, BT. 714 FOLLOWED AMBULANCE #36 TO U OF C HOSPITAL, BT. 712 WAS ASSIGNED TO THE CRIME SCENE, E.T. BT 5823 LEFLORE #17774 ON SCENE PROCESSED THE CRIME SCENE FOR PICTURES AND MULTIPLE RIFFLE AND HANDGUN SHELL CASINGS, BT. 5120 DET. MC GUIRE #1337 WAS NOTIFIED, CPIC OFFICER NORRIS #16143 WAS NOTIFIED, NEWS AFFAIRS OFFICER AGUAS #8039 WAS NOTIFIED. VIN WAS GIVEN TO THE VICTIM.

R/Ds RODARTE #21457 and MULLIGAN #20084 arrived at the crime scene on 6202 S. Princeton Ave (Urban Prep Academy) at 0027hrs. While on scene R/Ds observed yellow caution tape, which taped off an area approximately 50 x 50 feet directly south of the east exit doors of the school, in the parking lot and sidewalk. R/Ds also observed that there were 37 shell casings and 1 live round within the taped off crime scene. 18 casings were rifle casings, 19 casings were 9mm casings and 1 live 9mm round. R/Ds observed that the east side exit doors labeled with a #8, had 6 bullet holes on them. The south door had 3 bullet holes through the door and 1 bullet holes through the small glass window on it. The north door had 2 bullet holes through it. R/Ds observed 3 cameras in the parking lot. 2 cameras were facing north and south and did not capture any of the shooting. The 3rd camera was attached to the southeast side of the exterior of the building but did not capture shooting. There was 1 interior camera that was near the exit where the victim exited but did not show the offenders or the offending vehicle.

R/Ds were unable to find any witnesses to the shooting. R/Ds briefly spoke to the Principal ▮▮▮ and the Asst. Principal ▮▮▮ School Phone ▮▮▮ on scene, however they did not witness the shooting. R/Ds were given the phone number for the Director of Basketball Operations (▮▮▮) (▮▮▮) for the tournament.

R/Ds spoke the E.T.s (listed above) on scene and asked them to take photos of the shell casings and live round, as well as photos of the exit doors containing the bullet holes and the 5 suspected impact holes inside the hallway wall in the school.

R/Ds relocated to the University of Chicago Hospital at 0100hrs. R/Ds found the victim ▮▮▮ ▮▮▮ in the trauma room (R52). ▮▮▮ related to R/Ds that he we to watch a basketball tournament at the Urban Prep Academy and as he was leaving out, he observed a black Chrysler 300 in the parking lot and 2 unknown people came out of the vehicle and began shooting in his direction. ▮▮▮ ran back into the school and then into the locker room. ▮▮▮ felt pain in his left leg and realized that he had been shot. ▮▮▮ could not give a more detailed description of the shooters because it was dark. ▮▮▮ also related that when he was exiting the school there were possibly 3-4 other individuals also exiting at the same time.

R/Ds were told by hospital staff that ▮▮▮ was being treated for 1 GSW to the lower left leg, along with a fractured left tibia and for 1 graze wound to the right shoulder. ▮▮▮ was being

treated by Dr. JASZCZAK and was listed in Good Stable condition.

R/D contacted the CPS Safety and Security center at 0145hrs to request any video they might have of the incident.

This investigation continues.

Det. Bernardo RODARTE #21457
Area One Detective Division