

**Extraction Report** - Apple iOS Full File system



## Contacts (1)

| # | Contact | Timestamp | Entries | Addresses | Notes | Additional info | Deleted |
|---|---------|-----------|---------|-----------|-------|-----------------|---------|
| 1 | **Name:** Lil Fred<br>**Source file:** 00008101-000329E21491003A_files.zip/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0x96A61 (Table: ABPerson, ABMultiValue; Size: 1933312 bytes) | **Created:**<br>2/2/2022 11:01:17 PM(UTC+0)<br><br>**Modified:**<br>2/3/2022 1:03:40 AM(UTC+0) | **User ID:**<br>User ID E61421CD-7627-4EDB-87B6-9C599D2D4299<br><br>**Phone:**<br>General | | | | |