
# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





| Vehicle Spotted: |
| --- |
| **01-22-22 at 9:43:07 PM CST** |

### Detection Data

#### Vehicle Info

| | |
| --- | --- |
| Plate # 1: | AU37219 |
| Plate # 2: | AU37219 |
| Date: | 01-22-22 |
| Time: | 9:43:07 PM |
| Make: | CHRYSLER |
| Model: | 300 |
| Color: | Gray |

#### Camera Info

| | |
| --- | --- |
| Agency: | Chicago Police Department |
| User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User3) |
| System: | Chicago_Genetec_Data3 |
| Camera: | 29 W 91St St SB3 EX - 3657W - 29 W 91st St SB3 EX - 3657W - Lpr Camera |
| Type: | CDMS Mobile Camera |

| | |
| --- | --- |
| Nearest Address: | 60 E 91st St, Chicago, IL 60620 |
| Nearest Intersection: | I- 94, W 91st St |
| Latitude, Longtitude: | 41.728919, -87.624804 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
| --- | --- |
| Created By: | |
| Agency: | Chicago Police Department |
| User: | Lisa Torres |
| Date Created: | 11-30-23 |

 MOTOROLA SOLUTIONS


# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





Vehicle Spotted:
**01-22-22 at 10:41:10 PM CST**

### Detection Data

| Vehicle Info | | Camera Info | |
|---|---|---|---|
| Plate # 1: | AU37219 | Agency: | Chicago Police Department |
| Plate # 2: | AU37219 | User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User7) |
| Date: | 01-22-22 | System: | Chicago_Genetec_Data7 |
| Time: | 10:41:10 PM | Camera: | 210 W 51st St NB1 EX - 3630W - 210 W 51st St NB1 EX - 3630W - Lpr Camera |
| Make: | N/A | | |
| Model: | N/A | Type: | CDMS Mobile Camera |
| Color: | N/A | | |

| | |
|---|---|
| Nearest Address: | 5056 S Wentworth Ave, Chicago, IL 60609 |
| Nearest Intersection: | W 51st St, I- 94 |
| Latitude, Longtitude: | 41.802066, -87.630935 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Chicago Police Department
User: Lisa Torres
Date Created: 11-30-23





# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





Vehicle Spotted:
**01-22-22 at 11:02:33 PM CST**

### Detection Data

**Vehicle Info**

| | |
|---|---|
| Plate # 1: | AU37219 |
| Plate # 2: | AU37219 |
| Date: | 01-22-22 |
| Time: | 11:02:33 PM |
| Make: | CHRYSLER |
| Model: | 300 |
| Color: | Gray |

**Camera Info**

| | |
|---|---|
| Agency: | Chicago Police Department |
| User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User3) |
| System: | Chicago_Genetec_Data3 |
| Camera: | 6701 S Cottage Grove Ave SB - 9178W - 6701 S Cottage Grove Ave SB - 9178W - Lpr Camera |

| | |
|---|---|
| Nearest Address: | 67th Street & Cottage Grove, Chicago, IL 60637 |
| Nearest Intersection: | E 67th St, S Cottage Grove Ave |
| Latitude, Longtitude: | 41.773044, -87.605934 |

**Disclaimer: The address listed above is ONLY an estimate.**

 

 **Vigilant** Vehicle Manager

# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





**Vehicle Spotted:**
**01-23-22 at 12:22:33 AM CST**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate # 1: | AU37219 |
| Plate # 2: | AU37219 |
| Date: | 01-23-22 |
| Time: | 12:22:33 AM |
| Make: | CHRYSLER |
| Model: | 300 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | Chicago Police Department |
| User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User8) |
| System: | Chicago_Genetec_Data8 |
| Camera: | 2 W 71st St NB1 EX - 3643W - 2 W 71st St NB1 EX - 3643W - Lpr Camera |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 7110 E 69th St, Chicago, IL 60637 |
| Nearest Intersection: | I- 94, W 71st St |
| Latitude, Longtitude: | 41.765710, -87.625386 |

**Disclaimer: The address listed above is ONLY an estimate.**

 **MOTOROLA** SOLUTIONS


# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





**Vehicle Spotted:**
**01-23-22 at 12:29:46 AM CST**

### Detection Data

**Vehicle Info**

| | |
|---|---|
| Plate # 1: | AU37219 |
| Plate # 2: | AU37219 |
| Date: | 01-23-22 |
| Time: | 12:29:46 AM |
| Make: | CHRYSLER |
| Model: | 300 |
| Color: | Gray |

**Camera Info**

| | |
|---|---|
| Agency: | Chicago Police Department |
| User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User3) |
| System: | Chicago_Genetec_Data3 |
| Camera: | 6703 S Lafayette Ave SB RO - 7814W - 6703 S Lafayette Ave SB RO - 7814W - Lpr Camera |

| | |
|---|---|
| Nearest Address: | 6704 S Lafayette Ave, Chicago, IL 60621 |
| Nearest Intersection: | W Marquette Rd, S Lafayette Ave |
| Latitude, Longtitude: | 41.772594, -87.626604 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Chicago Police Department
User: Lisa Torres
Date Created: 11-30-23





# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





Vehicle Spotted:
**01-23-22 at 12:30:32 AM CST**

### Detection Data

**Vehicle Info**

| | |
|---|---|
| Plate # 1: | AU37219 |
| Plate # 2: | AU37219 |
| Date: | 01-23-22 |
| Time: | 12:30:32 AM |
| Make: | CHRYSLER |
| Model: | 300 |
| Color: | Gray |

**Camera Info**

| | |
|---|---|
| Agency: | Chicago Police Department |
| User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User2) |
| System: | Chicago_Genetec_Data2 |
| Camera: | 29 W 71st St SB2 EX - 3648W - 29 W 71st St SB2 EX - 3648W - Lpr Camera |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 105 S Wentworth Ave, Chicago, IL 60621 |
| Nearest Intersection: | I- 94, W 71st St |
| Latitude, Longtitude: | 41.765268, -87.626057 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Chicago Police Department
User: Lisa Torres
Date Created: 11-30-23

 MOTOROLA SOLUTIONS


# Vehicle Detection Report

## License Plate Number: **AU37219**

### Detection Mapping





### Vehicle Images





Vehicle Spotted:
**01-23-22 at 1:03:19 AM CST**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate # 1: | AU37219 |
| Plate # 2: | AU37219 |
| Date: | 01-23-22 |
| Time: | 1:03:19 AM |
| Make: | CHRYSLER |
| Model: | 300 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | Chicago Police Department |
| User: | Chicago Genetec Proxy User (Chicago_Genetec_Proxy_User3) |
| System: | Chicago_Genetec_Data3 |
| Camera: | 2838 E 79th St WB - 9190W - 2838 E 79th St WB - 9190W - Lpr Camera |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 2826 E 79th St, Chicago, IL 60649 |
| Nearest Intersection: | E 79th St, S Muskegon Ave |
| Latitude, Longitude: | 41.751942, -87.555814 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency:      Chicago Police Department
User:        Lisa Torres
Date Created:  11-30-23

 MOTOROLA SOLUTIONS