# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                           Case No.: 1:23–cr–00546

                                                                               Honorable Thomas M. Durkin

Anthony Montgomery–Wilson, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin as to Anthony Montgomery–Wilson, Preston Powell: Status hearing held on 2/9/2026. By 2/23/2026 the parties are to file a joint status report on the issues raised during the status hearing. The parties are to email the courtroom deputy with proposed dates for a final pretrial conference along with proposed deadlines for pretrial filings. The government's oral motion to exclude time is granted without objection. Time is excluded in the interest of just through 7/6/2026 as to Montgomery–Wilson and through 8/3/2026 as to Preston Powell. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.