**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                    Case No.: 1:23–cr–00546
                                            Honorable Thomas M. Durkin

Anthony Montgomery–Wilson, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Arraignment and change of plea proceedings held on 5/20/2026. Defendant Preston Powell (2) present in court in custody with the assistance of defense counsel. Defendant acknowledges receipt of the information filed by the United States Attorney's Office and waives formal reading of the Superseding Information. Defendant informed of his rights and the charges against him and enters a knowing and voluntary waiver of his right to indictment by the grand jury. Enter Waiver. Upon inquiry under oath, the finding and judgment of the Court is that the defendant is fully competent and capable of entering into an informed plea, and the defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Enter Plea Agreement. The court defers acceptance of the guilty plea. This case is referred to the Probation Office for preparation of the presentence report. Pursuant to Local Criminal Rule 32.l(f), the Court gives notice to the Probation Office and directs it to disclose the Probation Office's sentencing recommendation (along with PSR) to counsel for the defendant and the government. Presentence report is due 10/13/2026. Sentencing material and any memoranda making objections to the presentence report, seeking sentencing departures or variance, or other discussing the sentencing factors set for in Title 18 U.S.C. Section 3553(a) must be filed by 11/3/2026. Any responses must be filed by 11/10/2026. Failure to file the material or memoranda by that deadline risks waiver of forfeiture, including the inability to raise untimely objections to the presentence report. Sentencing is set for 11/17/2026 at 10:00 a.m. in Courtroom 1441. Defendant remanded pending further order of the Court. The 8/3/2026 jury trial and all related dates and deadlines are stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.