UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Preston Powell,**<br><br>Defendant. | <br><br><br><br>**No. 23 CR 546-2**<br><br>Judge Thomas M. Durkin |

## Unopposed Motion to Reset Sentencing

Defendant Preston Powell, through undersigned counsel, respectfully moves for the Court to reset the sentencing hearing, currently scheduled for November 17, 2026, to a date in March to allow counsel time to complete their mitigation investigation.

Defense counsel needs additional time to develop mitigation information in order to present a full picture of Mr. Powell's history and characteristics at sentencing. Ms. Blaine met with Mr. Powell on October 20, 2026, to review the PSR and gather additional information. Based on her review of the PSR, and discussion with Mr. Powell, counsel needs more time to develop the information discussed before sentencing. Defense counsel advised Mr. Powell that the delay could be lengthy, and he confirmed that he has no objections to resetting the sentencing hearing.

Counsel also discussed this motion with AUSA Jared Jodrey, and the government has no objection to resetting the sentencing hearing. Defense counsel has no objection to excluding time through the new sentencing hearing date.

The parties are requesting a date in March to accommodate counsel's trial schedule. Mr. Jodrey has a two-week trial in front of Judge Hunt beginning

January 11, 2027, and Ms. Armour has a trial in Rockford beginning February 1, 2027, followed by travel plans at the end of February.

WHEREFORE, counsel respectfully requests that the November 17, 2026, sentencing hearing and all associated filing deadlines be reset to allow the defense sufficient time to finish their mitigation investigation.

Respectfully Submitted,

/s/ Holly N. Blaine
Attorney for Preston Powell

Holly N. Blaine
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
(312) 788-7584
hnb@blainevanzant.com