**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:23−cr−00546
Honorable Thomas M. Durkin
Anthony Montgomery−Wilson, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to reset sentencing [198] is granted. The sentencing set for 11/17/2026 at 10:00 a.m. is reset for 4/16/2027 at 10:00 a.m. Sentencing memorandum and objections to the presentence report are due by 4/2/2027. Any responses are due by 4/9/2027. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.